UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKEL ISBELL,<br><br>                                  Plaintiff,<br><br>            -against-<br><br>CITY OF NEW YORK,<br><br>                                Defendant. | 23-CV-02970 (MMG)<br><br>**<u>ORDER</u>** |

MARGARET M. GARNETT, United States District Judge:

      As discussed with counsel for the parties on the record at the conference held on October 10, 2024, the deadline for the completion of fact and expert discovery is hereby EXTENDED until **December 9, 2024**.  No further extensions of this deadline will be granted absent extraordinary circumstances that could not have been contemplated at the time of this Order.

      Furthermore, counsel for the parties are hereby ORDERED to appear for a post-discovery conference on **January 9, 2025 at 9:30 a.m.**  The conference will be held in person, in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The parties are ORDERED to comply with the Court's post-discovery procedures for communications with the Court as detailed in the Court's Individual Rule II(B)(9).

Dated: October 11, 2024
       New York, New York

SO ORDERED.

_____
HON. MARGARET M. GARNETT
United States District Judge