UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYKEL ISBELL,

                  Plaintiff,

    -against-

CITY OF NEW YORK,

                  Defendant.

23-CV-02970 (MMG)

**ORDER SCHEDULING SUMMARY JUDGMENT BRIEFING**

MARGARET M. GARNETT, United States District Judge:

    As discussed with counsel for the parties on the record at the conference held on January 16, 2025, any party wishing to move for summary judgment must file opening briefs by **March 14, 2025**; oppositions shall be due by **April 11, 2025**; and replies shall be due by **April 25, 2025**.

    The parties are ORDERED to comply with the Court's Individual Rules regarding summary judgment motion practice, including the preparation of a Joint Rule 56.1 Statement. *See* Individual Rule II(B)(9).

Dated: January 16, 2025
       New York, New York

SO ORDERED.

_____
HON. MARGARET M. GARNETT
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2025